IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00116-BNB

ERNEST D. MARTINEZ,

Applicant,

v.

ARI ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -2 2009

GREGORY C. LANGHAM
                   CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Ernest D. Martinez, is a prisoner in the custody of the Colorado Department of Corrections, who currently is incarcerated at Fremont Correctional Facility in Cañon City, Colorado. Mr. Martinez has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The Court must construe the Application liberally because Mr. Martinez is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Martinez will be ordered to file an Amended Application.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Martinez go beyond notice pleading. *See Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). Naked allegations of constitutional violations devoid of factual support are not cognizable in a federal habeas action. *See Ruark v.*

*Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Mr. Martinez must allege on the Court-approved form both the claims he seeks to raise and the specific facts to support each asserted claim. The Court has reviewed the Application submitted to the Court on January 5, 2009, and finds that it is deficient. Mr. Martinez fails to include Pages Five through Seven of the Application form. Pages Five through Seven require a statement of the claims Mr. Martinez intends to raise in this Court.

The Court is not responsible for reviewing any separate documents submitted by Mr. Martinez to determine what claims and specific facts he intends to raise in the instant action. Therefore, Mr. Martinez will be ordered to file an Amended Application in which he identifies, on the Court-approved form, all the specific claims for relief that he is asserting, and in which he provides specific facts in support of each asserted claim. Applicant also must assert, on the form, if and how he has exhausted any required remedies with respect to each of the claims. Accordingly, it is

ORDERED that Mr. Martinez file **within thirty days from the date of this Order** an Amended Application that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Martinez, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Martinez fails within the time allowed to file an Amended Application, as directed above, the action will be dismissed without further notice.

DATED February 2, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00116-BNB

Ernest D. Martinez
Prisoner No. 88393
Fremont Correctional Facility
P.O. Box 999
Cañon City, CO 81215-0999

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 2/2/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk