**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-00116-LTB-KLM

ERNEST D. MARTINEZ,

       Plaintiff,

v.

ARI ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Defendants.

_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge that the Plaintiff's Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc 5) be denied and that this case be dismissed with prejudice.  The Plaintiff/Applicant has filed timely written objections to the Magistrate Judge's Recommendation (Doc 25). I have therefore reviewed the Recommendation *de novo* in light of the file and record in this case.  On *de novo* review I conclude that the Recommendation is correct.  Accordingly

IT IS ORDERED that the Amended Application of a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc 5) is DENIED and this case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that no certificate of appealability shall issue.

                  BY THE COURT:


                   s/Lewis T. Babcock
                   Lewis T. Babcock, Judge

DATED:  February 28, 2011